1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong, Esq. (SBN 281819)
3  rvalentine@galipolaw.com
4  21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
5  Tel:   (818) 347-3333
   Fax:   (818) 347-4118
6

7  **LAW OFFICE OF SHARON J. BRUNNER**
   Sharon J. Brunner, Esq. (SBN 229931)
8  sharonjbrunner@yahoo.com
   14393 Park Ave., Suite 100
9  Victorville, CA 92392
   Tel:  (760) 243-9997
10 Fax:  (760) 843-8155

11 **LAW OFFICE OF JAMES S. TERRELL**
   James S. Terrell, Esq. (SBN 170409)
12 15411 Anacapa Road
   Victorville, CA 92392
13 Tel:  (760) 951-5850
   Fax:  (760) 952-1085
14
   *Attorneys for Plaintiff*, Billy Lee Hill
15

16              **UNITED STATES DISTRICT COURT**
17              **CENTRAL DISTRICT OF CALIFORNIA**

18 | BILLY LEE HILL,                        | Case No. 5:25-cv-00817-DTB |
   |                                        |                            |
19 |                Plaintiff,              | *Assigned to*:             |
20 |                                        | Hon. Mag. Judge David T. Bristow |
21 |        vs.                             |                            |
   |                                        | **PROOF OF SERVICE OF**    |
22 | CITY OF SAN BERNARDINO; and            | **SUMMONS AND COMPLAINT**  |
   | DOES 1-10, INCLUSIVE,                  |                            |
23 |                                        |                            |
24 |                Defendants.             |                            |

-1-
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 4(l)(1), Plaintiff Billy Lee Hill hereby submits his proof of service of the Complaint for Damages (Dkt. 1) and Summons (Dkt. 6) on Defendant City of San Bernardino, attached hereto as Exhibit "A."

DATED: July 7, 2025

LAW OFFICES OF DALE K. GALIPO

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiff

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Hill, Billy v. City of San Bernardino | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00817-DTB |
| **Declaration of Service** | | Ref. No. or File No:<br>Hill v. San Bernardino |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Civil Case Cover Sheet; Notice of Interested Parties; Summons; Notice re Consent to Proceed Before Magistrate Judge**

On: **City of San Bernardino**  By Serving Eric Levitt, Agent for Service

I served the summons at:

**201 N E St, BLDG 201A  San Bernardino, CA 92401**

On: **6/25/2025**          Date:  **04:16 PM**

In the above mentioned action  by substituted service and leaving with

**Fernanda Elizarraraz   -  Customer Service Rep**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

                                                                                    Nick Shows                    Date: 06/27/2025

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Hill, Billy v. City of San Bernardino | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>5:25-cv-00817-DTB |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Hill v. San Bernardino |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **06/27/2025**, I served the within:
**Complaint; Civil Case Cover Sheet; Notice of Interested Parties; Summons; Notice re Consent to Proceed Before Magistrate Judge**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**City of San Bernardino**
**201 N E St, BLDG 201A  San Bernardino, CA 92401**

Declarant:

  a. Name: **Patricia Gonzalez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Patricia Gonzalez                                Date: **07/02/2025**

Declaration of Service by Mail                                Invoice #: 12142077