JONES MAYER
James R. Touchstone, SBN: 184584
jrt@jones-mayer.com
Helen O. Kim, SBN: 254560
hok@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant,
CITY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HILL,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 5:25-cv-00817-DTB<br><br>*Assigned for all Purposes to:*<br>*Hon. David T. Bristow*<br>*Dept. 4*<br><br>**DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>Action Filed: April 2, 2025 |

## ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, CITY OF SAN BERNARDINO ("Defendant") hereby answers Plaintiff BILLY HILL'S Complaint for Damages and Jury Trial Demand for the following: (1) Unreasonable Search and Seizure – Unlawful Detention and Arrest (42 U.S.C § 1983); (2) Unreasonable Search and Seizure – Excessive Force (42 U.S.C § 1983); (3) Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C § 1983); (4) Municipal Liability – Inadequate Training (42 U.S.C § 1983); (5) Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C § 1983); (6) Municipal Liability – Ratification (42 U.S.C § 1983); (7) False Arrest/False Imprisonment; (8) Battery; (9) Negligence; (10) Violation of

Cal. Civil Code § 52.1; (11) Intentional Infliction of Emotional Distress ("Complaint").  If an averment is not specifically admitted, it is hereby denied. Defendant admits, denies, and alleges as follows:

## JURISDICTION AND VENUE

1.      Answering paragraph 1 of the Complaint, Defendant admits that the Court has jurisdiction over this action.  Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff and denies all allegations and liability. As to all remaining allegations in paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

2.      Answering paragraph 2 of the Complaint, Defendant admits that venue is proper.  Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff and denies all allegations and liability. As to all remaining allegations in paragraph 2, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## INTRODUCTION

3.      Answering paragraph 3 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

4.      Answering paragraph 4 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

5.      Answering paragraph 5 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

6.      Answering paragraph 6 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving

1  Plaintiff, and Defendant denies all allegations therein.

2       7.      Answering paragraph 7 of the Complaint, Defendant denies that

3  Defendant engaged in any unlawful acts or omissions or misconduct involving

4  Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

5  exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or

6  for any relief of any kind from Defendant to Plaintiff.

7                                  **<u>PARTIES</u>**

8       8.      Answering paragraph 8 of the Complaint, Defendant lacks sufficient

9  information and belief upon which to answer the allegations therein, and on that

10  basis denies the allegations.

11       9.      Answering paragraph 9 of the Complaint, Defendant admits City of

12  San Bernardino is a legal governmental entity.  As to all remaining allegations in

13  paragraph 9, Defendant lacks sufficient information and belief upon which to answer

14  the allegations therein, and on that basis denies the allegations.

15       10.     Answering paragraph 10 of the Complaint, Defendant lacks sufficient

16  information and belief upon which to answer the allegations therein, and on that

17  basis denies the allegations.

18       11.     Answering paragraph 11 of the Complaint, Defendant lacks sufficient

19  information and belief upon which to answer the allegations therein, and on that

20  basis denies the allegations.

21       12.     Answering paragraph 12 of the Complaint, Defendant lacks sufficient

22  information and belief upon which to answer the allegations therein, and on that

23  basis denies the allegations.

24       13.     Answering paragraph 13 of the Complaint, Defendant lacks sufficient

25  information and belief upon which to answer the allegations therein, and on that

26  basis denies the allegations.

27       14.     Answering paragraph 14 of the Complaint, Defendant lacks sufficient

28  information and belief upon which to answer the allegations therein, and on that

DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S COMPLAINT

basis denies the allegations.

15.    Answering paragraph 15 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

16.    Answering paragraph 16 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

17.    Answering paragraph 17 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations in paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

18.    Answering paragraph 18 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

19.    Answering paragraph 19 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability.   As to all remaining allegations in paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

20.    Answering paragraph 20 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

21.    Answering paragraph 21 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

22.    Answering paragraph 22 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.  As to all remaining allegations in paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

23.    Answering paragraph 22 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations

24.    Answering paragraph 24 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

25.    Answering paragraph 25 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

26.    Answering paragraph 26 of the Complaint, Defendant denies that Defendant or DOE OFFICER 4 engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

27.    Answering paragraph 27 of the Complaint, Defendant denies that Defendant or DOE OFFICER 4 engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

28.    Answering paragraph 28 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

29.    Answering paragraph 29 of the Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

30.    Answering paragraph 30 of the Complaint, Defendant lacks sufficient

information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

31.    Answering paragraph 31 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

32.    Answering paragraph 32 of the Complaint, Defendant denies all allegations therein.

### FIRST CLAIM FOR RELIEF

33.    Answering paragraph 33 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

34.    Answering paragraph 34 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

35.    Answering paragraph 35 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.  As to all remaining allegations in paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

36.    Answering paragraph 36 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

37.    Answering paragraph 37 of the Complaint, Defendant denies all allegations therein.

38.    Answering paragraph 38 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

1    misconduct involving Plaintiff, and Defendant denies all allegations therein.

2    39.    Answering paragraph 39 of the Complaint, Defendant denies that

3    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

4    misconduct involving Plaintiff, and Defendant denies all allegations therein.

5    40.    Answering paragraph 40 of the Complaint, Defendant denies all

6    allegations therein.

7    **SECOND CLAIM FOR RELIEF**

8    41.    Answering paragraph 41 of the Complaint, which incorporates by

9    reference the allegations of other paragraphs of the Complaint, Defendant

10    incorporates by reference its respective admissions and denials to each such

11    paragraph enumerated above.

12    42.    Answering paragraph 42 of the Complaint, Defendant denies that

13    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

14    misconduct involving Plaintiff, and Defendant denies all allegations therein.

15    43.    Answering paragraph 43 of the Complaint, Defendant denies that

16    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

17    misconduct involving Plaintiff, and Defendant denies all allegations therein.

18    44.    Answering paragraph 44 of the Complaint, Defendant denies that

19    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

20    misconduct involving Plaintiff, and Defendant denies all allegations therein.

21    45.    Answering paragraph 45 of the Complaint, Defendant denies that

22    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

23    misconduct involving Plaintiff, and Defendant denies all allegations therein.

24    46.    Answering paragraph 46 of the Complaint, Defendant denies that

25    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

26    misconduct involving Plaintiff, and Defendant denies all allegations therein.

27    47.    Answering paragraph 47 of the Complaint, Defendant denies that

28    Defendant engaged in any unlawful acts or omissions or misconduct involving

DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S COMPLAINT

Plaintiff, and Defendant denies all allegations therein.

## **THIRD CLAIM FOR RELIEF**

48.    Answering paragraph 48 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

49.    Answering paragraph 49 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

50.    Answering paragraph 50 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

51.    Answering paragraph 51 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

52.    Answering paragraph 52 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

53.    Answering paragraph 53 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

54.    Answering paragraph 54 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

of any kind, or for any relief of any kind from Defendant to Plaintiff.

**<u>FOURTH CLAIM FOR RELIEF</u>**

55.    Answering paragraph 55 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

56.    Answering paragraph 56 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

57.    Answering paragraph 57 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

58.    Answering paragraph 58 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

59.    Answering paragraph 59 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

60.    Answering paragraph 60 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

61.    Answering paragraph 61 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.  As to all remaining allegations in paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

62.    Answering paragraph 62 of the Complaint, Defendant denies that

1   Defendant engaged in any unlawful acts or omissions or misconduct involving
2   Plaintiff, and Defendant denies all liability for damages (general, special, punitive,
3   compensatory, exemplary, or any other damages), penalties, fees, interest, or costs
4   of any kind, or for any relief of any kind from Defendant to Plaintiff.

5   63.    Answering paragraph 63 of the Complaint, Defendant denies that
6   Defendant engaged in any unlawful acts or omissions or misconduct involving
7   Plaintiff, and Defendant denies all liability for damages (general, special, punitive,
8   compensatory, exemplary, or any other damages), penalties, fees, interest, or costs
9   of any kind, or for any relief of any kind from Defendant to Plaintiff.

10  **FIFTH CLAIM FOR RELIEF**

11  64.    Answering paragraph 64 of the Complaint, which incorporates by
12  reference the allegations of other paragraphs of the Complaint, Defendant to the
13  extent, incorporates by reference its respective admissions and denials to each such
14  paragraph enumerated above.

15  65.    Answering paragraph 65 of the Complaint, Defendant denies that
16  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or
17  misconduct involving Plaintiff, and Defendant denies liability.

18  66.    Answering paragraph 66 of the Complaint, Defendant denies that
19  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or
20  misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining
21  allegations in paragraph 66, Defendant lacks sufficient information and belief upon
22  which to answer the allegations therein, and on that basis denies the allegations.

23  67.    Answering paragraph 67 of the Complaint, Defendant denies that
24  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or
25  misconduct involving Plaintiff, and Defendant denies all allegations therein.  As to
26  all remaining allegations in paragraph 67, Defendant lacks sufficient information
27  and belief upon which to answer the allegations therein, and on that basis denies the
28  allegations.

68.    Answering paragraph 68 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.    As to all remaining allegations in paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

69.    Answering paragraph 69 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.    As to all remaining allegations in paragraph 69, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

70.    Answering paragraph 70 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

71.    Answering paragraph 71 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.    As to all remaining allegations in paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

72.    Answering paragraph 72 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

73.    Answering paragraph 73 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## SIXTH CLAIM FOR RELIEF

74.    Answering paragraph 74 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

75.    Answering paragraph 75 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

76.    Answering paragraph 76 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

77.    Answering paragraph 77 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

78.    Answering paragraph 78 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations in paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

79.    Answering paragraph 79 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations in paragraph 79, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

80.    Answering paragraph 80 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.   As to all remaining allegations in paragraph 80, Defendant lacks sufficient information and belief upon

1    which to answer the allegations therein, and on that basis denies the allegations.

2         81.    Answering paragraph 81 of the Complaint, Defendant denies that

3    Defendant engaged in any unlawful acts or omissions or misconduct involving

4    Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

5    compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

6    of any kind, or for any relief of any kind from Defendant to Plaintiff.

7         82.    Answering paragraph 82 of the Complaint, Defendant denies that

8    Defendant engaged in any unlawful acts or omissions or misconduct involving

9    Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

10   compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

11   of any kind, or for any relief of any kind from Defendant to Plaintiff.

12        83.    Answering paragraph 83 of the Complaint, Defendant denies that

13   Defendant engaged in any unlawful acts or omissions or misconduct involving

14   Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

15   compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

16   of any kind, or for any relief of any kind from Defendant to Plaintiff.

17                        **SEVENTH CLAIM FOR RELIEF**

18        84.    Answering paragraph 84 of the Complaint, which incorporates by

19   reference the allegations of other paragraphs of the Complaint, Defendant to the

20   extent, incorporates by reference its respective admissions and denials to each such

21   paragraph enumerated above.

22        85.    Answering paragraph 85 of the Complaint, Defendant denies that

23   Defendant engaged in any unlawful acts or omissions or misconduct involving

24   Plaintiff, and Defendant denies the allegations.

25        86.    Answering paragraph 86 of the Complaint, Defendant denies that

26   Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

27   misconduct involving Plaintiff, and Defendant denies the allegations.

28        87.    Answering paragraph 87 of the Complaint, Defendant denies that

Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein. As to all remaining allegations in paragraph 87, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

88. Answering paragraph 88 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

89. Answering paragraph 89 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

90. Answering paragraph 90 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

91. Answering paragraph 91 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

92. Answering paragraph 92 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

93. Answering paragraph 92 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

1

## **EIGHTH CLAIM FOR RELIEF**

2      94.    Answering paragraph 94 of the Complaint, which incorporates by

3  reference the allegations of other paragraphs of the Complaint, Defendant to the

4  extent, incorporates by reference its respective admissions and denials to each such

5  paragraph enumerated above.

6      95.    Answering paragraph 95 of the Complaint, Defendant denies that

7  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

8  misconduct involving Plaintiff, and Defendant denies the allegations.

9      96.    Answering paragraph 96 of the Complaint, Defendant denies that

10  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

11  misconduct involving Plaintiff, and Defendant denies the allegations.

12      97.    Answering paragraph 97 of the Complaint, Defendant denies that

13  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

14  misconduct involving Plaintiff, and Defendant denies liability.

15      98.    Answering paragraph 98 of the Complaint, Defendant denies that

16  Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

17  misconduct involving Plaintiff, and Defendant denies liability.

18      99.    Answering paragraph 99 of the Complaint, Defendant denies that

19  Defendant engaged in any unlawful acts or omissions or misconduct involving

20  Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

21  compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

22  of any kind, or for any relief of any kind from Defendant to Plaintiff.

23      100.  Answering paragraph 92 of the Complaint, Defendant denies that

24  Defendant engaged in any unlawful acts or omissions or misconduct involving

25  Plaintiff, and Defendant denies all liability for damages (general, special, punitive,

26  compensatory, exemplary, or any other damages), penalties, fees, interest, or costs

27  of any kind, or for any relief of any kind from Defendant to Plaintiff.

28  / / /

1

**NINTH CLAIM FOR RELIEF**

2        101.    Answering paragraph 101 of the Complaint, which incorporates by

3    reference the allegations of other paragraphs of the Complaint, Defendant to the

4    extent, incorporates by reference its respective admissions and denials to each such

5    paragraph enumerated above.

6        102.    Answering paragraph 102 of the Complaint, Defendant denies that

7    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

8    misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining

9    allegations in paragraph 102, Defendant lacks sufficient information and belief upon

10    which to answer the allegations therein, and on that basis denies the allegations.

11        103.    Answering paragraph 103 of the Complaint, Defendant denies that

12    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

13    misconduct involving Plaintiff, and Defendant denies the allegations therein.

14        104.    Answering paragraph 104 of the Complaint, Defendant denies that

15    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

16    misconduct involving Plaintiff, and Defendant denies all allegations therein.

17        105.    Answering paragraph 105 of the Complaint, Defendant denies that

18    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

19    misconduct involving Plaintiff, and Defendant denies all allegations therein.  As to

20    all remaining allegations in paragraph 105, Defendant lacks sufficient information

21    and belief upon which to answer the allegations therein, and on that basis denies the

22    allegations.

23        106.    Answering paragraph 106 of the Complaint, Defendant denies that

24    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

25    misconduct involving Plaintiff, and Defendant denies liability.

26        107.    Answering paragraph 107 of the Complaint, Defendant denies that

27    Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or

28    misconduct involving Plaintiff, and Defendant denies liability.

108.   Answering paragraph 108 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## TENTH CLAIM FOR RELIEF

109.   Answering paragraph 109 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

110.   Answering paragraph 110 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

111.   Answering paragraph 111 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

112.   Answering paragraph 112 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

113.   Answering paragraph 113 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

114.   Answering paragraph 114 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

115.   Answering paragraph 115 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

116.   Answering paragraph 116 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

117.   Answering paragraph 117 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

118.   Answering paragraph 118 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## ELEVENTH CLAIM FOR RELIEF

119.   Answering paragraph 119 of the Complaint, which incorporates by reference the allegations of other paragraphs of the Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

120.   Answering paragraph 120 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

121.   Answering paragraph 121 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

122.   Answering paragraph 122 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

123.   Answering paragraph 123 of the Complaint, Defendant denies that

Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations therein.

124. Answering paragraph 124 of the Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

125. Answering paragraph 125 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

126. Answering paragraph 126 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

127. Answering paragraph 127 of the Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

**PRAYER FOR RELIEF**

128. Answering Plaintiff's Prayer for Relief, Defendant denies all liability for any damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interests, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

**AFFIRMATIVE DEFENSES**

In addition to each of the admissions and denials set forth above, Defendant asserts the following affirmative defenses. The assertion of an affirmative defense shall not negate, by any means, Plaintiff's burden of proof on any element of their claims.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

Defendant alleges that neither the Complaint, nor any claim for relief asserted therein, assert facts sufficient to constitute a claim against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Defendant alleges the Plaintiff voluntarily assumed all risks, responsibility and liability for the alleged injuries or damages, if any, sustained by Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 820.2)

Defendant alleges that each and every state law claim for relief contained in Plaintiff's Complaint is barred by the provisions of Government Code section 820.2. Specifically, except as otherwise provided by statute, a public employee is not liable for an injury resulting from his act or omission where the act or omission was the result of the exercise of the discretion vested in him, whether or not such discretion be abused.

## FOURTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 820.4)

Defendant alleges that each and every state law claim for relief contained in Plaintiff's Complaint is barred by the provisions of Government Code section 820.4. Specifically, a public employee is not liable for his act or omission, exercising due care, in the execution or enforcement any law.

## FIFTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 820.8)

Defendant alleges that each and every state law claim for relief contained in Plaintiff's Complaint is barred by the provisions of Government Code section 820.8. Specifically, except as otherwise provided by statute, a public employee is not liable for an injury caused by the act or omission of another person.

## SIXTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 845)

Defendant alleges that each and every state law claim for relief contained in Plaintiff's Complaint is barred by the provisions of Government Code section 845. Specifically, neither a public entity nor a public employee is liable for failure to establish a police department or otherwise to provide police protection service or, if police protection service is provided, for failure to provide sufficient police protection service.

## SEVENTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 845.8)

Defendant alleges that each and every state-law claim for relief contained in Plaintiff's Complaint is barred by the provision of Government Code section 845.8. Specifically, neither a public entity, nor a public employee is liable for any injury caused by (1) an escaping or escaped prisoner; (2) an escaping or escaped arrested person; or (3) a person resisting arrest.

## EIGHTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 845.6)

Defendant alleges that each and every state-law claim for relief contained in Plaintiff's Complaint is barred by the provision of Government Code section 845.6. Specifically, neither a public entity, nor a public employee is liable for any injury proximately caused by the failure of the employee to furnish or obtain medical care for a prisoner in his custody.

## NINTH AFFIRMATIVE DEFENSE

### (Claims Barred by Govt. Code § 855.6)

Defendant alleges that each and every state-law claim for relief contained in Plaintiff's Complaint is barred by the provision of Government Code section 855.6. Specifically, neither a public entity, nor a public employee is liable for any injury proximately caused by the failure to make a physical or mental examination, or to

1  make an adequate physical or mental examination, of any person for the purpose of

2  determining whether such person has a disease or physical or mental condition that

3  would constitute a hazard to the health or safety of himself or others.

4  **TENTH AFFIRMATIVE DEFENSE**

5  **(Claims Barred by Govt. Code § 856.4)**

6  Defendant alleges that each and every state-law claim for relief contained in

7  Plaintiff's Complaint is barred by the provision of Government Code section 856.4.

8  Specifically, neither a public entity, nor a public employee is liable for any injury

9  resulting from the failure to admit a person to a public medical facility.

10  **ELEVENTH AFFIRMATIVE DEFENSE**

11  **(Failure to Mitigate Damages)**

12  Defendant alleges that though under a duty to do so, Plaintiff has failed and

13  neglected to mitigate the alleged damages, and therefore cannot recover against

14  Defendant whether as alleged, or otherwise. Defendant alleges that Plaintiff failed

15  to exercise a duty to mitigate and limit the damage claim as to Defendant, which acts

16  and omissions by Plaintiff have estopped Plaintiff from asserting any claim for

17  damages or seeking the relief requested against Defendant.

18  **TWELFTH AFFIRMATIVE DEFENSE**

19  **(Estoppel)**

20  Defendant alleges that each and every claim for relief contained in Plaintiff's

21  Complaint is barred by the equitable doctrine of estoppel.

22  **THIRTEENTH AFFIRMATIVE DEFENSE**

23  **(Unclean Hands)**

24  Defendant alleges that each and every claim for relief contained in Plaintiff's

25  Complaint is barred by the equitable doctrine of unclean hands.

26  **FOURTEENTH AFFIRMATIVE DEFENSE**

27  **(Lawful Conduct)**

28  Defendant alleges that its conduct and the conduct of DOE OFFICERS was,

at all times, reasonable and lawful under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

Defendant alleges that its conduct and the conduct of DOE OFFICERS was, at all times, justified and privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Plaintiff)

Defendant alleges that, to the extent Plaintiff suffered any damages, which Defendant denies, they were caused solely by the actions or omissions of Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Legal and/or Proximate Cause)

Defendant alleges that its acts were not the legal and/or proximate cause of any of the damages alleged by Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Defendant alleges that each and every claim for relief stated in Plaintiff's Complaint is barred and/or subject to offset and reduction by virtue of the comparative negligence of Plaintiff and/or other persons.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Defendant alleges that if Plaintiff suffered or sustained any loss or damage as alleged in the Complaint, such loss or damage was proximately caused and contributed to by persons or entities other than Defendant. The liability of all defendants, named or unnamed, should be apportioned according to the relative degrees of fault, and the liability of Defendant should be reduced accordingly.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Offset)

Defendant alleges that any amount for which it is held liable and owing to

1    Plaintiff is offset by any and all amounts recovered by Plaintiff from any other
2    responsible parties, such that Defendant's liability will be reduced in an amount
3    corresponding to those amounts recovered by Plaintiff from such other responsible
4    parties.

5    **TWENTY-FIRST AFFIRMATIVE DEFENSE**
6    **(Waiver)**
7    Defendant alleges that Plaintiff has engaged in conduct and activities
8    sufficient to constitute a waiver of any alleged duty, act or omission of any nature
9    by Defendant, which waiver serves to preclude any recovery here sought by Plaintiff.

10    **TWENTY-SECOND AFFIRMATIVE DEFENSE**
11    **(No Special Relationship)**
12    Defendant alleges that there was no special relationship between Defendant
13    and the Plaintiff. See *C.A. v. William S. Hart Union High School Dist.*, 53 Cal. 4th
14    861, 877 (Cal. 2012); see also *de Villers v. County of San Diego*, 156 Cal. App. 4th
15    238, 249-50 (2007).

16    **TWENTY-THIRD AFFIRMATIVE DEFENSE**
17    **(Claims Barred Due to Exercise of Reasonable Force)**
18    Defendant alleges that each and every claim for relief contained in Plaintiff's
19    Complaint is barred because the force used was reasonable under the circumstances.

20    **TWENTY-FOURTH AFFIRMATIVE DEFENSE**
21    **(Probable Cause of Threat)**
22    Defendant alleges that each and every claim for relief contained in Plaintiff's
23    Complaint is barred because Defendant had probable cause to believe that the
24    Plaintiff posed a threat of serious physical harm to Defendant, DOE OFFICERS, or
25    others.

26    **TWENTY-FIFTH AFFIRMATIVE DEFENSE**
27    **(Avoidable Consequences)**
28    Defendant alleges that the damages asserted by Plaintiff in the Complaint are

barred, either in whole or in part, by the doctrine of avoidable consequences. *State Department of Health Services v. Superior Court*, 31 Cal.4th 1026, 6 Cal. Rptr. 3d 441 (2003).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Claims Barred Due to Reasonable and Probable Cause to Detain)

Defendant alleges that each and every claim for relief contained in Plaintiff's Complaint is barred because, at all times mentioned in Plaintiff's Complaint herein, Defendant had reasonable and probable cause to detain and restrain the Plaintiff.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

Defendant alleges that Plaintiff's claims for damages are barred, either in whole or in part, because Plaintiff's purported damages are remote, speculative and/or unavailable as a matter of law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Qualified Immunity)

Defendant alleges that each and every federal claim for relief contained in the Complaint is barred because Defendant alleges that DOE OFFICERS are entitled to qualified immunity.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Failure to Join an Indispensable Party)

Defendant alleges that Plaintiff's claims are barred, either in whole or in part, because Plaintiff failed to join an indispensable party under Federal Rule of Civil Procedure 19.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

Defendant alleges that it is without sufficient information as to the nature and scope of Plaintiff's claims for relief to be able to be fully assess and set forth all potentially-applicable affirmative defenses in this matter. Accordingly, Defendant

hereby reserves the right to allege additional affirmative defenses as further information becomes known.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays as follows:

1.    That Plaintiff's Complaint be dismissed in its entirety with prejudice;

2.    That Plaintiff takes nothing by reason of his Complaint, and that judgment be entered in favor of Defendant;

3.    That Defendant be awarded costs of suit and attorney's fees incurred in defense of this action pursuant to 42 U.S.C. § 1988 and other legal grounds; and

4.    For such other and further relief as the Court deems just and proper.

Dated:  July 16, 2025                                    JONES MAYER

By:  _s/ Helen O. Kim_
James R. Touchstone, Esq.
Helen O. Kim
Attorney for Defendant
CITY OF SAN BERNARDINO

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury.

Dated:  July 16, 2025                                    JONES MAYER

By:  _s/ Helen O. Kim_
James R. Touchstone, Esq.
Helen O. Kim
Attorney for Defendant
CITY OF SAN BERNARDINO

DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S COMPLAINT