| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| James R. Touchstone (SBN 184584) |
| Helen O. Kim (SBN 254560) |
| JONES MAYER |
| 3777 N. Harbor Blvd. |
| Fullerton, California 92835 |
| Telephone: (714) 446-1400; Fax: (714) 446-1448 |
| Emails: jrt@jones-mayer.com; hok@jones-mayer.com |

ATTORNEY(S) FOR: Defendant, City of San Bernardino

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BILLY HILL | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:25-cv-00817-DTB |
| v. | |
| CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant, City of San Bernardino or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Billy Hill | Plaintiff |
| City of San Bernardino | Defendant |

July 16, 2025  
Date

s/ Helen O. Kim  
Signature

Attorney of record for (or name of party appearing in pro per):

Helen O. Kim, Esq.