# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-00817-DTB**  Date: **September 9, 2025**

Title: **Billy Hill v. City of San Bernardino, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING JOINT RULE 26 REPORT [DOCKET NO. 14]**

The Court is in receipt of the parties Joint Rule 26 Scheduling Conference Report ("Report") filed September 4, 2025. The worksheet attached to the Report appears to be missing the proposed dates of Defendants. Counsel are ordered to file an Amended Report which includes Defendants' proposed dates or advise the Court that Defendants agree to the dates proposed by Plaintiff.

The Court's case management conference will remain on calendar for **September 18, 2025 at 10:00 a.m.** pending the parties response to this Order.

**IT IS SO ORDERED.**