JUDGE DAVID T. BRISTOW
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| Case No. 5:25-cv-00817-DTB | Case Name: Billy Hill v. City of San Bernardino, et al. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one: [X] Jury Trial or [ ] Bench Trial **[Within 14 months after Complaint filed]** Estimated Duration: __5__ Days | | 2/16/2027 | 2/16/27 | [ ] Jury Trial [ ] Bench Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* **[No earlier than 14 days before trial]** | | 2/4/2027 | 2/4/2027 | |
| **Event**[1] | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to **Hear** Motion to Amend Pleadings/Add Parties | | 12/11/2025 | 12/11/2025 | |
| Non-Expert Discovery Cut-Off **(No later than deadline for filing dispositive motions; this date is also the last day for discovery motions to be heard)** | 26 | 8/17/2026 | 8/17/2026 | |
| Expert Disclosure (Initial) | 24 | 9/1/2026 | 9/1/2026 | |
| Expert Disclosure (Rebuttal) | 22 | 9/14/2026 | 9/14/2026 | |
| Expert Discovery Cut-Off | 20[2] | 9/29/2026 | 9/29/203 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | 10 | 12/7/2026 | 12/7/2026 | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| Last Date to **Hear** Motions • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 8 | 12/17/2026 | 12/17/2026 | |
| **Trial Filings (first round)** • Motions *in Limine* with Proposed Orders • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) • Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 1/26/2027 | 1/26/2027 | |
| **Trial Filings (second round)** • Oppositions to Motions *in Limine* • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions (jury trial only) • Disputed Proposed Jury Instructions (jury trial only) • Joint Proposed Verdict Forms (jury trial only) • Joint Proposed Statement of the Case (jury trial only) • Proposed Additional Voir Dire Questions, if any (jury trial only) • Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | 2/2/2027 | 2/2/2027 | |

---

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.
[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN