**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:  (760) 952-1085

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:  (760) 843-8155

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LEE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:25-cv-00817-DTB<br><br>*Assigned to*:<br>Magistrate Judge David T. Bristow<br><br>**PLAINTIFF'S REQUEST FOR ORDER PERMITTING RENEE V. MASONGSONG TO APPEAR AT THE SEPTEMBER 18, 2025 SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL**<br><br>Date:   September 18, 2025<br>Time:   10:30 a.m.<br>Crtrm:  Courtroom 1<br>              3470 Twelfth Street<br>              Riverside, CA 92501 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Counsel for Plaintiff hereby respectfully request that his attorney Renee V. Masongsong be permitted to appear at the Scheduling Conference currently scheduled for September 18, 2025 at 10:30 a.m. in lieu of Plaintiff's lead trial counsel Dale K. Galipo.

Plaintiff makes this request because Mr. Galipo is currently engaged in trial in the matter of *Stephenson v. State of California* before the Honorable Judge John A. Kronstadt, United States District Court, Central District Case Number 5:21-cv-0526. This trial commenced on September 9, 2025, and Plaintiff's counsel anticipates that Mr. Galipo may still be engaged in this trial on September 18, 2025.

Respectfully submitted,

DATED: September 11, 2025          LAW OFFICES OF DALE K. GALIPO

By:  *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff