**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY LEE HILL, | Case No. 5:25-cv-00817-DTB |
| Plaintiff, | *Assigned to*: Magistrate Judge David T. Bristow |
| vs. | **[PROPOSED] ORDER PERMITTING RENEE V. MASONGSONG TO APPEAR AT THE SEPTEMBER 18, 2025 SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |
| CITY OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

The Court, having reviewed Plaintiff's Request to have non-lead counsel to be permitted to appear in lieu of lead counsel Dale K. Galipo for the Scheduling Conference, and GOOD CAUSE appearing therein, hereby GRANTS the request and permits Ms. Masongsong to appear in lieu of Mr. Galipo at the September 18, 2025 Scheduling Conference.

**IT IS SO ORDERED:**


**Dated:** _____          _____

Hon. David T. Bristow
United States Magistrate Judge

1