**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:  (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiff*, Billy Lee Hill

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LEE HILL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 5:25-cv-00817-DTB<br><br>*Assigned to*:<br>Magistrate Judge David T. Bristow<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME THE INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-3**<br><br>*[Proposed Order; Exhibit A (redlined amended complaint; Exhibit B (clean amended complaint) filed concurrently herewith]* |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Billy Hill, and Defendant CITY OF SAN BERNARDINO ("CITY") ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed his Complaint on April 2, 2025. Defendant CITY answered the complaint on July 16, 2025. The Parties exchanged initial discAt the time of the filing of their Complaint, Plaintiff was genuinely ignorant of the names of the City of San Bernardino Police Department officers who were involved in the incident giving rise to this lawsuit. Subsequently, after meeting and conferring with counsel for Defendant CITY, Plaintiff has discovered information that Officers Javier Chavez, Abraham Jun, and Gabriel Wilson are the City of San Bernardino Police Department employees who were involved in the incident giving rise to this lawsuit.

2. The Parties agree that Plaintiff may file an amended complaint for the purpose of naming Officers Javier Chavez, Abraham Jun, and Gabriel Wilson as individual defendants in place of Doe Defendants 1-3. A copy of Plaintiff's proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A." A copy of Plaintiff's proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

3. Counsel for the City of San Bernardino agrees to accept service of the First Amended Complaint on behalf of the City of San Bernardino by email.

/ / /

/ / /

/ / /

4. Plaintiff shall have 7 days to file the First Amended Complaint after the Court grants leave to do so. Defendant City of San Bernardino shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

DATED: November 7, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiff*

DATED: November 7, 2025          **JONES MAYER**

By: *s/ Helen O. Kim*
James R. Touchstone
Helen O. Kim
Attorneys for Defendant City of San Bernardino

-3-
JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT