UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LEE HILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 5:25-cv-00817-DTB<br><br>*Assigned to*:<br>Magistrate Judge David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-3** |

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff may file an amended complaint for the purpose of naming Officers Javier Chavez, Abraham Jun, and Gabriel Wilson as individual defendants in place of Doe Defendants 1-3, consistent with Plaintiff's "Exhibit B" to the Parties' stipulation.

2. Counsel for the City of San Bernardino shall accept service of the First Amended Complaint on behalf of the City of San Bernardino.

3. Plaintiff shall have 7 days to file the First Amended Complaint. Defendant City of San Bernardino shall have 21 days thereafter to file a responsive pleading.

IT IS SO ORDERED.

DATED:                                            UNITED STATES DISTRICT COURT

_____
Hon. David T. Bristow