JONES MAYER
James R. Touchstone, SBN: 184584
jrt@jones-mayer.com
Helen O. Kim, SBN: 254560
hok@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant,
CITY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HILL,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITY OF SAN BERNARDINO, JAVIER CHAVEZ, ABRAHAM JUN, GABRIEL WILSON and DOES 4 through 10, inclusive,<br><br>                Defendants. | Case No. 5:25-cv-00817-DTB<br><br>*Assigned for all Purposes to:*<br>*Magistrate Judge David T. Bristow*<br>*Dept. 4*<br><br>**DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Action Filed: April 2, 2025<br>First Amended Complaint Filed: November 13, 2025 |

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendant, CITY OF SAN BERNARDINO ("Defendant") hereby answers Plaintiff BILLY HILL'S First Amended Complaint for Damages and Jury Trial Demand for the following: (1) Unreasonable Search and Seizure – Unlawful Detention and Arrest (42 U.S.C § 1983); (2) Unreasonable Search and Seizure – Excessive Force (42 U.S.C § 1983); (3) Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C § 1983); (4) Municipal Liability – Inadequate Training (42 U.S.C § 1983);  (5) Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C § 1983);  (6) Municipal Liability – Ratification (42

U.S.C § 1983); (7) False Arrest/False Imprisonment; (8) Battery;  (9) Negligence; (10) Violation of Cal. Civil Code § 52.1; (11) Intentional Infliction of Emotional Distress ("First Amended Complaint").  If an averment is not specifically admitted, it is hereby denied.  Defendant admits, denies, and alleges as follows:

## JURISDICTION AND VENUE

1.     Answering paragraph 1 of the First Amended Complaint, Defendant admits that the Court may have jurisdiction over this action, but Defendant reserves the right to challenge jurisdiction.  Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff and denies all allegations and liability. As to all remaining allegations in paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

2.     Answering paragraph 2 of the First Amended Complaint, Defendant admits that venue may be proper, but Defendant reserves the right to challenge the propriety of venue.  Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff and denies all allegations and liability. As to all remaining allegations in paragraph 2, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## INTRODUCTION

3.     Answering paragraph 3 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

4.     Answering paragraph 4 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

5.     Answering paragraph 5 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct

1    involving Plaintiff, and Defendant denies all allegations and liability.

2         6.      Answering paragraph 6 of the First Amended Complaint, Defendant

3    denies that Defendant engaged in any unlawful acts or omissions or misconduct

4    involving Plaintiff, and Defendant denies all allegations and liability.

5         7.      Answering paragraph 7 of the First Amended Complaint, Defendant

6    denies that Defendant engaged in any unlawful acts or omissions or misconduct

7    involving Plaintiff, and Defendant denies all liability for damages (general, special,

8    punitive, exemplary, or any other damages), penalties, fees, interest, or costs of any

9    kind, or for any relief of any kind from Defendant to Plaintiff.

10                              **<u>PARTIES</u>**

11        8.      Answering paragraph 8 of the First Amended Complaint, Defendant

12   lacks sufficient information and belief upon which to answer the allegations

13   therein, and on that basis denies the allegations.

14        9.       Answering paragraph 9 of the First Amended Complaint, Defendant

15   admits City of San Bernardino is a legal governmental entity.  As to all remaining

16   allegations in paragraph 9, Defendant lacks sufficient information and belief upon

17   which to answer the allegations therein, and on that basis denies the allegations.

18        10.     Answering paragraph 10 of the First Amended Complaint, Defendant

19   lacks sufficient information and belief upon which to answer the allegations

20   therein, and on that basis denies the allegations.

21        11.     Answering paragraph 11 of the First Amended Complaint, Defendant

22   admits Gabriel Wilson is and was at the time of this incident, a police officer

23   working for the SBPD.  As to all remaining allegations in paragraph 11, Defendant

24   lacks sufficient information and belief upon which to answer the allegations

25   therein, and on that basis denies the allegations.

26        12.     Answering paragraph 12 of the First Amended Complaint, Defendant

27   admits Abraham Jun is and was at the time of this incident, a police officer

28   working for the SBPD.  As to all remaining allegations in paragraph 12, Defendant

lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

13.    Answering paragraph 13 of the First Amended Complaint, Defendant admits Javier Chavez is and was at the time of this incident, a police officer working for the SBPD.  As to all remaining allegations in paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

14.    Answering paragraph 14 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

15.    Answering paragraph 15 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

16.    Answering paragraph 16 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

17.    Answering paragraph 17 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

18.    Answering paragraph 18 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

19.    Answering paragraph 19 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

20.    Answering paragraph 20 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations

1  in paragraph 20, Defendant lacks sufficient information and belief upon which to
2  answer the allegations therein, and on that basis denies the allegations.

3      21.    Answering paragraph 21 of the First Amended Complaint, Defendant
4  lacks sufficient information and belief upon which to answer the allegations
5  therein, and on that basis denies the allegations.

6      22.    Answering paragraph 22 of the First Amended Complaint, Defendant
7  denies that Defendant engaged in any unlawful acts or omissions or misconduct
8  involving Plaintiff, and Defendant denies all liability.  As to all remaining
9  allegations in paragraph 22, Defendant lacks sufficient information and belief upon
10  which to answer the allegations therein, and on that basis denies the allegations.

11      23.    Answering paragraph 23 of the First Amended Complaint, Defendant
12  lacks sufficient information and belief upon which to answer the allegations
13  therein, and on that basis denies the allegations.

14  <u>**FACTS COMMON TO ALL CLAIMS FOR RELIEF**</u>

15      24.    Answering paragraph 24 of the First Amended Complaint, which
16  incorporates by reference the allegations of other paragraphs of the First Amended
17  Complaint, Defendant to the extent, incorporates by reference its respective
18  admissions and denials to each such paragraph enumerated above.

19      25.    Answering paragraph 25 of the First Amended Complaint, Defendant
20  denies that Defendant engaged in any unlawful acts or omissions or misconduct
21  involving Plaintiff, and Defendant denies all allegations and liability.  As to all
22  remaining allegations in paragraph 25, Defendant lacks sufficient information and
23  belief upon which to answer the allegations therein, and on that basis denies the
24  allegations.

25      26.    Answering paragraph 26 of the First Amended Complaint, Defendant
26  lacks sufficient information and belief upon which to answer the allegations
27  therein, and on that basis denies the allegations.

28      27.    Answering paragraph 27 of the First Amended Complaint, Defendant

denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

28.    Answering paragraph 28 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

29.    Answering paragraph 29 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

30.    Answering paragraph 30 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

31.    Answering paragraph 31 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

32.    Answering paragraph 32 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

33.    Answering paragraph 33 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

34.    Answering paragraph 34 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

35.    Answering paragraph 35 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

**FIRST CLAIM FOR RELIEF**

**Unreasonable Search and Seizure – Detention and Arrest (42 U.S.C. § 1983)**

(Against Defendants JUN, CHAVEZ, WILSON, and DOE OFFICERS)

36.    Answering paragraph 36 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

37.    Answering paragraph 37 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

38.    Answering paragraph 38 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.  As to all remaining allegations in paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

39.    Answering paragraph 39 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

40.    Answering paragraph 40 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

41.    Answering paragraph 41 of the First Amended Complaint, Defendant denies that Defendant or DOE OFFICERS engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations in paragraph 41, Defendant lacks sufficient information

and belief upon which to answer the allegations therein, and on that basis denies the allegations.

42.     Answering paragraph 42 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

43.     Answering paragraph 43 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## SECOND CLAIM FOR RELIEF

**Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983)**

(Against Defendants JUN, CHAVEZ, WILSON, and DOE OFFICERS)

44.     Answering paragraph 44 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

45.     Answering paragraph 45 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

46.     Answering paragraph 46 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

47.     Answering paragraph 47 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

48.     Answering paragraph 48 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct

1  involving Plaintiff, and Defendant denies all allegations and liability.

2      49.    Answering paragraph 49 of the First Amended Complaint, Defendant

3  denies that Defendant engaged in any unlawful acts or omissions or misconduct

4  involving Plaintiff, and Defendant denies all liability for damages (general, special,

5  punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

6  or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

7      50.    Answering paragraph 50 of the First Amended Complaint, Defendant

8  denies that Defendant engaged in any unlawful acts or omissions or misconduct

9  involving Plaintiff, and Defendant denies all liability for damages (general, special,

10  punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

11  or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

12  **THIRD CLAIM FOR RELIEF**

13  **Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983)**

14  **(Against Defendants JUN, CHAVEZ, WILSON, and DOE OFFICERS)**

15      51.    Answering paragraph 51 of the First Amended Complaint, which

16  incorporates by reference the allegations of other paragraphs of the First Amended

17  Complaint, Defendant to the extent, incorporates by reference its respective

18  admissions and denials to each such paragraph enumerated above.

19      52.    Answering paragraph 52 of the First Amended Complaint, Defendant

20  denies that Defendant engaged in any unlawful acts or omissions or misconduct

21  involving Plaintiff, and Defendant denies all allegations and liability.

22      53.    Answering paragraph 53 of the First Amended Complaint, Defendant

23  denies that Defendant engaged in any unlawful acts or omissions or misconduct

24  involving Plaintiff, and Defendant denies all allegations and liability.

25      54.    Answering paragraph 54 of the First Amended Complaint, Defendant

26  denies that Defendant engaged in any unlawful acts or omissions or misconduct

27  involving Plaintiff, and Defendant denies all allegations and liability.

28      55.    Answering paragraph 55 of the First Amended Complaint, Defendant

1  denies that Defendant engaged in any unlawful acts or omissions or misconduct

2  involving Plaintiff, and Defendant denies all liability for damages (general, special,

3  punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

4  or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

5    56.    Answering paragraph 56 of the First Amended Complaint, Defendant

6  denies that Defendant engaged in any unlawful acts or omissions or misconduct

7  involving Plaintiff, and Defendant denies all allegations and liability.

8    57.    Answering paragraph 57 of the First Amended Complaint, Defendant

9  denies that Defendant engaged in any unlawful acts or omissions or misconduct

10 involving Plaintiff, and Defendant denies all liability for damages (general, special,

11 punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

12 or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

13                    **FOURTH CLAIM FOR RELIEF**

14          **Monell Liability – Failure to Train (42 U.S.C. § 1983)**

15              (Against Defendants CITY and DOES 9-10)

16   58.    Answering paragraph 58 of the First Amended Complaint, which

17 incorporates by reference the allegations of other paragraphs of the First Amended

18 Complaint, Defendant to the extent, incorporates by reference its respective

19 admissions and denials to each such paragraph enumerated above.

20   59.    Answering paragraph 59 of the First Amended Complaint, Defendant

21 denies that Defendant engaged in any unlawful acts or omissions or misconduct

22 involving Plaintiff, and Defendant denies liability.

23   60.    Answering paragraph 60 of the First Amended Complaint, Defendant

24 denies that Defendant engaged in any unlawful acts or omissions or misconduct

25 involving Plaintiff, and Defendant denies all allegations and liability.

26   61.    Answering paragraph 61 of the First Amended Complaint, Defendant

27 denies that Defendant engaged in any unlawful acts or omissions or misconduct

28 involving Plaintiff, and Defendant denies all allegations and liability.

62.     Answering paragraph 62 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

63.     Answering paragraph 63 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

64.     Answering paragraph 64 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.  As to all remaining allegations in paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

65.     Answering paragraph 65 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory,  exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

66.     Answering paragraph 66 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)

(Against Defendants CITY and DOES 9-10)

67.     Answering paragraph 67 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended

1  Complaint, Defendant to the extent, incorporates by reference its respective

2  admissions and denials to each such paragraph enumerated above.

3      68.    Answering paragraph 68 of the First Amended Complaint, Defendant

4  denies that Defendant engaged in any unlawful acts or omissions or misconduct

5  involving Plaintiff, and Defendant denies liability.

6      69.    Answering paragraph 69 of the First Amended Complaint, Defendant

7  denies that Defendant engaged in any unlawful acts or omissions or misconduct

8  involving Plaintiff, and Defendant denies liability.  As to all remaining allegations

9  in paragraph 69, Defendant lacks sufficient information and belief upon which to

10 answer the allegations therein, and on that basis denies the allegations.

11     70.    Answering paragraph 70 of the First Amended Complaint, Defendant

12 denies that Defendant or DOE OFFICERS engaged in any unlawful acts or

13 omissions or misconduct involving Plaintiff, and Defendant denies all allegations

14 and liability.  As to all remaining allegations in paragraph 70, Defendant lacks

15 sufficient information and belief upon which to answer the allegations therein, and

16 on that basis denies the allegations.

17     71.    Answering paragraph 71 of the First Amended Complaint, Defendant

18 denies that Defendant engaged in any unlawful acts or omissions or misconduct

19 involving Plaintiff, and Defendant denies all allegations and liability.  As to all

20 remaining allegations in paragraph 71, Defendant lacks sufficient information and

21 belief upon which to answer the allegations therein, and on that basis denies the

22 allegations.

23     72.    Answering paragraph 72 of the First Amended Complaint, Defendant

24 denies that Defendant engaged in any unlawful acts or omissions or misconduct

25 involving Plaintiff, and Defendant denies all allegations and liability.  As to all

26 remaining allegations in paragraph 72, Defendant lacks sufficient information and

27 belief upon which to answer the allegations therein, and on that basis denies the

28 allegations.

73.     Answering paragraph 73 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

74.     Answering paragraph 74 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.  As to all remaining allegations in paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

75.     Answering paragraph 75 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

76.     Answering paragraph 76 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability for Ratification – Detention and Arrest (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 9-10)

77.     Answering paragraph 77 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

78.     Answering paragraph 78 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct

1  involving Plaintiff, and Defendant denies liability.

2       79.     Answering paragraph 79 of the First Amended Complaint, Defendant

3  denies that Defendant engaged in any unlawful acts or omissions or misconduct

4  involving Plaintiff, and Defendant denies all allegations and liability.

5       80.     Answering paragraph 80 of the First Amended Complaint, Defendant

6  denies that Defendant engaged in any unlawful acts or omissions or misconduct

7  involving Plaintiff, and Defendant denies the allegations.

8       81.     Answering paragraph 81 of the First Amended Complaint, Defendant

9  denies that Defendant engaged in any unlawful acts or omissions or misconduct

10  involving Plaintiff, and Defendant denies liability.  As to all remaining allegations

11  in paragraph 81, Defendant lacks sufficient information and belief upon which to

12  answer the allegations therein, and on that basis denies the allegations.

13       82.     Answering paragraph 82 of the First Amended Complaint, Defendant

14  denies that Defendant engaged in any unlawful acts or omissions or misconduct

15  involving Plaintiff, and Defendant denies liability.  As to all remaining allegations

16  in paragraph 82, Defendant lacks sufficient information and belief upon which to

17  answer the allegations therein, and on that basis denies the allegations.

18       83.     Answering paragraph 83 of the First Amended Complaint, Defendant

19  denies that Defendant engaged in any unlawful acts or omissions or misconduct

20  involving Plaintiff, and Defendant denies all allegations and liability.  As to all

21  remaining allegations in paragraph 83, Defendant lacks sufficient information and

22  belief upon which to answer the allegations therein, and on that basis denies the

23  allegations.

24       84.     Answering paragraph 84 of the First Amended Complaint, Defendant

25  denies that Defendant engaged in any unlawful acts or omissions or misconduct

26  involving Plaintiff, and Defendant denies all liability for damages (general, special,

27  punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

28  or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

85.     Answering paragraph 85 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

86.     Answering paragraph 86 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## SEVENTH CLAIM FOR RELIEF

**False Arrest/False Imprisonment** (survival and wrongful serious physical injuries)

(Against Defendants CITY, JUN, CHAVEZ, WILSON, and DOE OFFICERS)

87.     Answering paragraph 87 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

88.     Answering paragraph 88 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

89.     Answering paragraph 89 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

90.     Answering paragraph 90 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.  As to all remaining allegations in paragraph 90, Defendant lacks sufficient information and

1    belief upon which to answer the allegations therein, and on that basis denies the

2    allegations.

3        91.    Answering paragraph 91 of the First Amended Complaint, Defendant

4    denies that Defendant engaged in any unlawful acts or omissions or misconduct

5    involving Plaintiff, and Defendant denies all allegations and liability.

6        92.    Answering paragraph 92 of the First Amended Complaint, Defendant

7    denies that Defendant engaged in any unlawful acts or omissions or misconduct

8    involving Plaintiff, and Defendant denies all allegations and liability.

9        93.    Answering paragraph 93 of the First Amended Complaint, Defendant

10   denies that Defendant engaged in any unlawful acts or omissions or misconduct

11   involving Plaintiff, and Defendant denies liability.

12       94.    Answering paragraph 94 of the First Amended Complaint, Defendant

13   denies that Defendant engaged in any unlawful acts or omissions or misconduct

14   involving Plaintiff, and Defendant denies liability.

15       95.    Answering paragraph 95 of the First Amended Complaint, Defendant

16   denies that Defendant engaged in any unlawful acts or omissions or misconduct

17   involving Plaintiff, and Defendant denies all liability for damages (general, special,

18   punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

19   or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

20       96.    Answering paragraph 96 of the First Amended Complaint, Defendant

21   denies that Defendant engaged in any unlawful acts or omissions or misconduct

22   involving Plaintiff, and Defendant denies all liability for damages (general, special,

23   punitive, compensatory, exemplary, or any other damages), penalties, fees, interest,

24   or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

25                    **EIGHTH CLAIM FOR RELIEF**

26                           **Battery**

27   (Against Defendants, CITY, JUN, CHAVEZ, WILSON, and DOE OFFICERS)

28       97.    Answering paragraph 97 of the First Amended Complaint, which

1  incorporates by reference the allegations of other paragraphs of the First Amended
2  Complaint, Defendant to the extent, incorporates by reference its respective
3  admissions and denials to each such paragraph enumerated above.

4      98.    Answering paragraph 98 of the First Amended Complaint, Defendant
5  denies that Defendant engaged in any unlawful acts or omissions or misconduct
6  involving Plaintiff, and Defendant denies the allegations.

7      99.    Answering paragraph 99 of the First Amended Complaint, Defendant
8  denies that Defendant engaged in any unlawful acts or omissions or misconduct
9  involving Plaintiff, and Defendant denies the allegations.

10     100.   Answering paragraph 100 of the First Amended Complaint,
11  Defendant denies that Defendant engaged in any unlawful acts or omissions or
12  misconduct involving Plaintiff, and Defendant denies liability.

13     101.   Answering paragraph 101 of the First Amended Complaint,
14  Defendant denies that Defendant engaged in any unlawful acts or omissions or
15  misconduct involving Plaintiff, and Defendant denies liability.

16     102.   Answering paragraph 102 of the First Amended Complaint,
17  Defendant denies that Defendant engaged in any unlawful acts or omissions or
18  misconduct involving Plaintiff, and Defendant denies all liability for damages
19  (general, special, punitive, compensatory, exemplary, or any other damages),
20  penalties, fees, interest, or costs of any kind, or for any relief of any kind from
21  Defendant to Plaintiff.

22     103.   Answering paragraph 103 of the First Amended Complaint,
23  Defendant denies that Defendant engaged in any unlawful acts or omissions or
24  misconduct involving Plaintiff, and Defendant denies all liability for damages
25  (general, special, punitive, compensatory, exemplary, or any other damages),
26  penalties, fees, interest, or costs of any kind, or for any relief of any kind from
27  Defendant to Plaintiff.

28  / / /

## NINTH CLAIM FOR RELIEF

### Negligence

(Against Defendants CITY, JUN, CHAVEZ, WILSON, and DOE OFFICERS)

104.   Answering paragraph 104 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

105.   Answering paragraph 105 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.  As to all remaining allegations in paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

106.   Answering paragraph 106 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations and liability.

107.   Answering paragraph 107 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

108.   Answering paragraph 108 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability. As to all remaining allegations in paragraph 108, Defendant lacks sufficient information and belief upon which to answer the allegations therein, and on that basis denies the allegations.

109.   Answering paragraph 109 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

110.   Answering paragraph 110 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

111.   Answering paragraph 111 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## **TENTH CLAIM FOR RELIEF**
### **(Violation of Cal. Civil Code § 52.1)**

(Against Defendants CITY, JUN, CHAVEZ, WILSON, and DOE OFFICERS)

112.   Answering paragraph 112 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

113.   Answering paragraph 113 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

114.   Answering paragraph 114 of the First Amended Complaint, Defendant denies that Defendant in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

115.   Answering paragraph 115 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

116.   Answering paragraph 116 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

117.    Answering paragraph 117 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

118.    Answering paragraph 118 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

119.    Answering paragraph 119 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

120.    Answering paragraph 120 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

121.    Answering paragraph 121 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

## **ELEVENTH CLAIM FOR RELIEF**

### **Intentional Infliction of Emotional Distress)**

**(Against CITY, JUN, CHAVEZ, WILSON and DOE OFFICERS)**

122.    Answering paragraph 122 of the First Amended Complaint, which incorporates by reference the allegations of other paragraphs of the First Amended Complaint, Defendant to the extent, incorporates by reference its respective admissions and denials to each such paragraph enumerated above.

123.   Answering paragraph 123 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

124.   Answering paragraph 124 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

125.   Answering paragraph 125 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies the allegations.

126.   Answering paragraph 126 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all allegations and liability.

127.   Answering paragraph 127 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

128.   Answering paragraph 128 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies liability.

129.   Answering paragraph 129 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, compensatory, exemplary, or any other damages), penalties, fees, interest, or costs of any kind, or for any relief of any kind from Defendant to Plaintiff.

130.   Answering paragraph 130 of the First Amended Complaint, Defendant denies that Defendant engaged in any unlawful acts or omissions or misconduct involving Plaintiff, and Defendant denies all liability for damages (general, special, punitive, exemplary, or any other damages), penalties, fees,

interest, or costs of any kind, or for any relief of any kind from Defendant to
Plaintiff.

## PRAYER FOR RELIEF

131.    Answering Plaintiff's Prayer for Relief, Defendant denies all liability
for any damages (general, special, punitive, compensatory, exemplary, or any other
damages), penalties, fees, interests, or costs of any kind, or for any relief of any
kind from Defendant to Plaintiff.

## AFFIRMATIVE DEFENSES

In addition to each of the admissions and denials set forth above, Defendant
asserts the following affirmative defenses. The assertion of an affirmative defense
shall not negate, by any means, Plaintiff's burden of proof on any element of their
claims.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim for Relief)

Defendant alleges that neither the First Amended Complaint, nor any claim
for relief asserted therein, assert facts sufficient to constitute a claim against
Defendant.

## SECOND AFFIRMATIVE DEFENSE
### (Assumption of Risk)

Defendant alleges the Plaintiff voluntarily assumed all risks, responsibility
and liability for the alleged injuries or damages, if any, sustained by Plaintiff.

## THIRD AFFIRMATIVE DEFENSE
### (Claims Barred by Govt. Code § 820.2)

Defendant alleges that each and every state law claim for relief contained in
Plaintiff's First Amended Complaint is barred by the provisions of Government
Code section 820.2. Specifically, except as otherwise provided by statute, a public
employee is not liable for an injury resulting from his act or omission where the act
or omission was the result of the exercise of the discretion vested in him, whether

1   or not such discretion be abused.

2   **FOURTH AFFIRMATIVE DEFENSE**

3   **(Claims Barred by Govt. Code § 820.4)**

4       Defendant alleges that each and every state law claim for relief contained in

5   Plaintiff's First Amended Complaint is barred by the provisions of Government

6   Code section 820.4. Specifically, a public employee is not liable for his act or

7   omission, exercising due care, in the execution or enforcement any law.

8   **FIFTH AFFIRMATIVE DEFENSE**

9   **(Claims Barred by Govt. Code § 820.8)**

10      Defendant alleges that each and every state law claim for relief contained in

11  Plaintiff's First Amended Complaint is barred by the provisions of Government

12  Code section 820.8. Specifically, except as otherwise provided by statute, a public

13  employee is not liable for an injury caused by the act or omission of another

14  person.

15  **SIXTH AFFIRMATIVE DEFENSE**

16  **(Claims Barred by Govt. Code § 845)**

17      Defendant alleges that each and every state law claim for relief contained in

18  Plaintiff's First Amended Complaint is barred by the provisions of Government

19  Code section 845. Specifically, neither a public entity nor a public employee is

20  liable for failure to establish a police department or otherwise to provide police

21  protection service or, if police protection service is provided, for failure to provide

22  sufficient police protection service.

23  **SEVENTH AFFIRMATIVE DEFENSE**

24  **(Claims Barred by Govt. Code § 845.8)**

25      Defendant alleges that each and every state-law claim for relief contained in

26  Plaintiff's First Amended Complaint is barred by the provision of Government

27  Code section 845.8. Specifically, neither a public entity, nor a public employee is

28  liable for any injury caused by (1) an escaping or escaped prisoner; (2) an escaping

1  or escaped arrested person; or (3) a person resisting arrest.

2  <u>**EIGHTH AFFIRMATIVE DEFENSE**</u>

3  **(Claims Barred by Govt. Code § 845.6)**

4      Defendant alleges that each and every state-law claim for relief contained in

5  Plaintiff's First Amended Complaint is barred by the provision of Government

6  Code section 845.6. Specifically, neither a public entity, nor a public employee is

7  liable for any injury proximately caused by the failure of the employee to furnish

8  or obtain medical care for a prisoner in his custody.

9  <u>**NINTH AFFIRMATIVE DEFENSE**</u>

10  **(Claims Barred by Govt. Code § 855.6)**

11      Defendant alleges that each and every state-law claim for relief contained in

12  Plaintiff's First Amended Complaint is barred by the provision of Government

13  Code section 855.6. Specifically, neither a public entity, nor a public employee is

14  liable for any injury proximately caused by the failure to make a physical or mental

15  examination, or to make an adequate physical or mental examination, of any

16  person for the purpose of determining whether such person has a disease or

17  physical or mental condition that would constitute a hazard to the health or safety

18  of himself or others.

19  <u>**TENTH AFFIRMATIVE DEFENSE**</u>

20  **(Claims Barred by Govt. Code § 856.4)**

21      Defendant alleges that each and every state-law claim for relief contained in

22  Plaintiff's First Amended Complaint is barred by the provision of Government

23  Code section 856.4. Specifically, neither a public entity, nor a public employee is

24  liable for any injury resulting from the failure to admit a person to a public medical

25  facility.

26  <u>**ELEVENTH AFFIRMATIVE DEFENSE**</u>

27  **(Failure to Mitigate Damages)**

28      Defendant alleges that though under a duty to do so, Plaintiff has failed and

DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

neglected to mitigate the alleged damages, and therefore cannot recover against Defendant whether as alleged, or otherwise. Defendant alleges that Plaintiff failed to exercise a duty to mitigate and limit the damage claim as to Defendant, which acts and omissions by Plaintiff have estopped Plaintiff from asserting any claim for damages or seeking the relief requested against Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Defendant alleges that each and every claim for relief contained in Plaintiff's First Amended Complaint is barred by the equitable doctrine of estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Defendant alleges that each and every claim for relief contained in Plaintiff's First Amended Complaint is barred by the equitable doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

Defendant alleges that its conduct was, at all times, reasonable and lawful under the circumstances.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

Defendant alleges that its conduct was, at all times, justified and privileged.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Acts or Omissions of Plaintiff)

Defendant alleges that, to the extent Plaintiff suffered any damages, which Defendant denies, they were caused solely by the actions or omissions of Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Legal and/or Proximate Cause)

Defendant alleges that its acts were not the legal and/or proximate cause of any of the damages alleged by Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Defendant alleges that each and every claim for relief stated in Plaintiff's First Amended Complaint is barred and/or subject to offset and reduction by virtue of the comparative negligence of Plaintiff and/or other persons.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Defendant alleges that if Plaintiff suffered or sustained any loss or damage as alleged in the First Amended Complaint, such loss or damage was proximately caused and contributed to by persons or entities other than Defendant. The liability of all defendants, named or unnamed, should be apportioned according to the relative degrees of fault, and the liability of Defendant should be reduced accordingly.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Offset)

Defendant alleges that any amount for which it is held liable and owing to Plaintiff is offset by any and all amounts recovered by Plaintiff from any other responsible parties, such that Defendant's liability will be reduced in an amount corresponding to those amounts recovered by Plaintiff from such other responsible parties.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Waiver)

Defendant alleges that Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged duty, act or omission of any nature by Defendant, which waiver serves to preclude any recovery here sought by Plaintiff.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Special Relationship)

DEFENDANT CITY OF SAN BERNARDINO'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant alleges that there was no special relationship between Defendant and the Plaintiff. See *C.A. v. William S. Hart Union High School Dist*., 53 Cal. 4th 861, 877 (Cal. 2012); see also *de Villers v. County of San Diego*, 156 Cal. App. 4th 238, 249-50 (2007).

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Claims Barred Due to Exercise of Reasonable Force)

Defendant alleges that each and every claim for relief contained in Plaintiff's First Amended Complaint is barred because the force used was reasonable under the circumstances.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Probable Cause of Threat)

Defendant alleges that each and every claim for relief contained in Plaintiff's First Amended Complaint is barred because Defendant had probable cause to believe that the Plaintiff posed a threat of serious physical harm to Defendant, DOE OFFICERS, or others.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Avoidable Consequences)

Defendant alleges that the damages asserted by Plaintiff in the First Amended Complaint are barred, either in whole or in part, by the doctrine of avoidable consequences. *State Department of Health Services v. Superior Court*, 31 Cal.4th 1026, 6 Cal. Rptr. 3d 441 (2003).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Claims Barred Due to Reasonable and Probable Cause to Detain)

Defendant alleges that each and every claim for relief contained in Plaintiff's First Amended Complaint is barred because, at all times mentioned in Plaintiff's First Amended Complaint herein, Defendant had reasonable and probable cause to detain and restrain the Plaintiff.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

**(Speculative Damages)**

Defendant alleges that Plaintiff's claims for damages are barred, either in whole or in part, because Plaintiff's purported damages are remote, speculative and/or unavailable as a matter of law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

**(Qualified Immunity)**

Defendant alleges that each and every federal claim for relief contained in the First Amended Complaint is barred because Defendant alleges that DOE OFFICERS are entitled to qualified immunity.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

**(Failure to Join an Indispensable Party)**

Defendant alleges that Plaintiff's claims are barred, either in whole or in part, because Plaintiff failed to join an indispensable party under Federal Rule of Civil Procedure 19.

## THIRTIETH AFFIRMATIVE DEFENSE

**(Constitutional Rights)**

Defendant alleges that Defendant is immune from liability as Plaintiff has not been deprived of any rights, privileges, or immunities guaranteed by the Constitution or laws of the United States or by the Constitution or laws of the State of California.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

**(Reservation of Additional Affirmative Defenses)**

Defendant alleges that it is without sufficient information as to the nature and scope of Plaintiff's claims for relief to be able to be fully assess and set forth all potentially-applicable affirmative defenses in this matter. Accordingly, Defendant hereby reserves the right to allege additional affirmative defenses as further information becomes known.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays as follows:

1.     That Plaintiff's First Amended Complaint be dismissed in its entirety with prejudice;

2.      That Plaintiff takes nothing by reason of his First Amended Complaint, and that judgment be entered in favor of Defendant;

3.     That Defendant be awarded costs of suit and attorney's fees incurred in defense of this action pursuant to 42 U.S.C. § 1988 and other legal grounds; and

4.     For such other and further relief as the Court deems just and proper.


Dated:  November 25, 2025                    JONES MAYER

By: _____
James R. Touchstone, Esq.
Helen O. Kim
Attorney for Defendant
CITY OF SAN BERNARDINO


## **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury.


Dated:  November 25, 2025                    JONES MAYER

By: _____
James R. Touchstone, Esq.
Helen O. Kim
Attorney for Defendant
CITY OF SAN BERNARDINO