JONES MAYER
James R. Touchstone, SBN: 184584
jrt@jones-mayer.com
Helen O. Kim, SBN: 254560
hok@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant,
CITY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HILL, | Case No. 5:25-cv-00817-DTB |
| Plaintiff, | *Assigned for all Purposes to:* *Hon. David T. Bristow* *Dept. 4* |
| vs. | |
| CITY OF SAN BERNARDINO; and DOES 1 through 10, inclusive, | STIPULATION FOR DISMISSAL |
| Defendants. | Action Filed: April 2, 2025 |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, through their respective counsel of record, that the parties shall each bear their own attorneys' fees and other litigation costs incurred in the prosecution and defense of this action.

/ / /

-1-
STIPULATION FOR DISMISSAL

**SO STIPULATED.**

Dated: July 9, 2026                JONES & MAYER


By:   s/ *James R. Touchstone*
      James R. Touchstone
      Attorney for Defendant City of San
      Bernardino

Dated: July 9, 2026                LAW OFFICES OF DALE K. GALIPO


By:   s/ *Dale K. Galipo*
      Dale K. Galipo
      Attorney for Plaintiff Billy Hill


Dated: July 9, 2026                LAW OFFICES OF SHARON BRUNNER


By:   s/ *Sharon J. Brunner*
      Sharon J. Brunner
      Attorney for Plaintiff Billy Hill


Dated: July 9, 2026                LYNBERG AND WATKINS


By:   s/ *Shannon Lin Gustafson*
      Shannon Lin Gustafson
      Attorney for Defendants Abraham
      Jun, Gabriel Wilson and Javier
      Chavez


I, James R. Touchstone, declare under penalty of perjury under the laws of the United States that the attorneys referenced above have authorized me to electronically affix their signature to this Stipulation.


      s/ *James R. Touchstone*
      James R. Touchstone

-2-
STIPULATION FOR DISMISSAL